919 A.2d 845

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
SHIRLEY REID, DEFENDANT–RESPONDENT.

March 15, 2007.

ORDERED that the motion for leave to appeal is granted.